**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BLUETEAM ROOFING, LLC, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-931** |
| **VINCENT PIAZZA JR. & SONS SEAFOOD, INC.** | **SECTION "O"** |

# ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the failure[2] of the Defendant Vincent Piazza, Jr. and Sons Seafood, Inc. to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that motion[3] for reasonable attorneys' fees be **GRANTED.** Reasonable attorneys' fees in the amount of **$105,100.88** are awarded to Plaintiffs BlueTeam Roofing, LLC successor-by-assignment to Sendero Restoration Services, LLC and Sendero Restoration Services, LLC ("Sendero") and against Defendant Vincent Piazza, Jr. & Sons Seafood, Inc.

**IT IS FURTHER ORDERED** that Sendero be awarded nontaxable costs in the amount of $1,324.68.

---

[1] ECF No. 125.

[2] Any party may file an objection within fourteen days after being served a copy of a U.S. Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). To date, Defendant has not filed an objection to the Report and Recommendation issued by U.S. Magistrate Judge Roby on September 21, 2026. ECF No. 125.

[3] ECF No. 114.

**IT IS FURTHER ORDERED** that the attorney's fees shall be paid no later than twenty-one (21) days following the Court's adoption of the Report and Recommendation.

New Orleans, Louisiana, this 6th day of October, 2026.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE